**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Marta Victores     JOINT DEBTOR: _____     CASE NO.: 17-19004-RAM
Last Four Digits of SS# 2920     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.  $ 170.76    for months  1   to 10   ;
  B.  $ 640.35    for months  11  to 59   ;
  C.  $ 16,494.52 for months  60  to 60   ; in order to pay the following creditors:

Administrative: Attorney's Fee - $  0.00   TOTAL PAID $ 0.00 _____
                Balance Due  $_____ payable $_____ /month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **DITECH FINANCIAL LLC**         Arrearage on Petition Date  $ 46,571.90
   Address: PO BOX 44265 JAX, FL 32231   Arrears Payment   $ 155.24   /month (Months  1   to 10  )
                                         Regular Payment   $ 533.92   /month (Months  1   to 10  )
   Account No: 38905816

2. _____                        Arrearage on Petition Date  $ CONTINUE FROM ABOVE
   Address: _____               Arrears Payment   $ 582.14   /month (Months  11  to 59  )
                                     Regular Payment   $_____   /month (Months ____ to ____)
   Account No: _____

3. _____                        Arrearage on Petition Date  $_____
   Address: _____               Arrears Payment   $_____   /month (Months ____ to ____)
                                     Regular Payment   $_____   /month (Months ____ to ____)
   Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____         Total Due $_____
                      Payable   $_____ /month (Months____ to ____) Regular Payment $_____
2. _____         Total Due $_____
                      Payable   $_____ /month (Months____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $_____ /month (Months_____ to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*Marta Victores*                          _____
Debtor                                    Joint Debtor
Date: 8/1/2017                            Date: _____

LF-31 (rev. 01/08/10)