## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

| | | |
|---|---|---|
| ☐ | _____ | Original Plan |
| ■ | 4th | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ☐ | _____ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: MARTA VICTORES            JOINT DEBTOR: _____            CASE NO.: 17-19004-RAM

SS#: xxx-xx- 2920                      SS#: xxx-xx-_____

## I.   NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

## II.   PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.  MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $172.48 _____ for months __1__ to _10_ ;

2. $646.82 _____ for months _11_ to _59_ ;

3. $18,327.37 _____ for months _60_ to _60_ ;

**B.  DEBTOR(S)' ATTORNEY'S FEE:**            ■ NONE      ☐ PRO BONO

## III.   TREATMENT OF SECURED CLAIMS

**A.  SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| 1.  Creditor: DiTech Financial LLC | | | |
|---|---|---|---|
| Address: P.O. Box 6154 | Arrearage/ Payoff on Petition Date | 46,571.90 | |
| Rapid City, SD 57709-6154 | Arrears Payment (Cure) | $155.24 | /month (Months _1_ to _10_ ) |
| | Arrears Payment (Cure) | $582.14 | /month (Months _11_ to _59_ ) |
| Last 4 Digits of Account No.:            5816 | Arrears Payment (Cure) | $16,494.64 | /month (Months _60_ to _60_ ) |
| Other: | | | |

☑ Real Property                                  Check one below for Real Property:
  ☑ Principal Residence                          ☐ Escrow is included in the regular payments
  ☐ Other Real Property                          ☑ The debtor(s) will pay  ☑ taxes  ☑ insurance directly
Address of Collateral:
60 NW 25 Avenue
Miami, Florida 33125
☐ Personal Property/Vehicle
Description of Collateral:

2.  Creditor: _____
    Address: _____        Arrearage/ Payoff on Petition Date _____
                                     [Select Payment Type]          $0.00      /month (Months ____ to ___ )
Last 4 Digits of
Account No.: _____
Other: _____

☐ Real Property                                  Check one below for Real Property:
  ☐ Principal Residence                          ☐ Escrow is included in the regular payments
  ☐ Other Real Property                          ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly
Address of Collateral:

☐ Personal Property/Vehicle
Description of Collateral:

**B.  VALUATION OF COLLATERAL:** ☑ NONE

**C.  LIEN AVOIDANCE** ☑ NONE

**D.  SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
  ☑ NONE

**E.  DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
  ☐ NONE
  ☑ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | DiTech Financial LLC | 5816 | 60 NW 25 Ave, Miami, FL  33125 |
| | | | Note is to expire on April 1, 2018 |

**IV.  TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

  **A.  ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☑ NONE

  **B.  INTERNAL REVENUE SERVICE:** ☑ NONE

  **C.  DOMESTIC SUPPORT OBLIGATION(S):** ☑ NONE

  **D.  OTHER:** ☑ NONE

**V.  TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

  **A.  Pay** _____ /month (Months _____ to ____ )

       Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**B.**  ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.**  SEPARATELY CLASSIFIED:   ■ NONE

\*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.**   **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

  ■ NONE

**VII.**   **INCOME TAX RETURNS AND REFUNDS:**  ☐ NONE

  ■ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

**VIII.**   **NON-STANDARD PLAN PROVISIONS** ■ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_Marta Victores_ Debtor   March 2, 2018
MARTA VICTORES          Date

_____   Joint Debtor
                          Date

_____   _____
Attorney with permission to sign on   Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**