

## ORDERED in the Southern District of Florida on June 18, 2018.

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA (MIAMI)**

IN RE:                                                                  Case No.: 17-19004-RAM

MARTA VICTORES,                                              Chapter 13

_____Debtor._____/

### ORDER SUSTAINING IN PART AND CONTINUING
### IN PART HEARING ON DEBTOR'S OBJECTION TO CLAIM [D.E. 57]

This case came before the Court, on June 13, 2018, upon the Debtor's Objection to Claim [D.E. 54]. For the reasons stated orally on the record in open court, it is ORDERED:

1. Debtor's objection to Secured Creditor's Proof of Claim 1-1 is overruled.

2. Debtor's objection to Secured Creditor's Proof of Claim 2-1 is continued.

3. The hearing is continued to July 24, 2018 at 9:00 a.m. to be held at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 4, Miami, FL 33128.

**Attorney Seth J. Greenhill is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.**

Order prepared by:
Seth J. Greenhill, Esq.
Padgett Law Group
sgreenhill@padgettlaw.net