

**ORDERED in the Southern District of Florida on February 20, 2019.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | CASE NO. 17-19004-RAM |
| | CHAPTER 13 |
| MARTA VICTORES, | |
| Debtor. | |

**ORDER (1) SUSTAINING
DEBTOR'S OBJECTION TO CLAIM;
AND (2) OVERRULING OBJECTION TO CHAPTER 13 PLAN**

The primary issues in this case are the amount and treatment of the first mortgage on the Debtor's home located at 60 NW 25th Ave., Miami, FL. Ditech Financial, LLC filed Claim #2 asserting a mortgage debt of $95,000.83. The Debtor filed an objection to Ditech's claim (the "Claim Objection") [DE# 90]. The Claim Objection does not specify the amount that the Debtor believes is due, but the Debtor's 9th Amended Plan (the "Plan") [DE# 102]

provides a pay off of $46,571.90 to be paid during the 60 months of the Plan.  That payoff amount is derived from a Billing Statement sent by Ditech to the Debtor in 2016, recently placed in the record through a Notice of Filing [DE# 108].

Effective September 19, 2018, BSI Financial Services ("BSI") became the servicer of the loan.  *See* Notice of Servicing Transfer [DE# 96].  The Debtor's son has been in contact with BSI regarding a possible modification and the Court has now entered two Orders seeking to compel BSI to appear in this case.  The second Order, entitled Order Setting Further Hearing on Claim Objection [DE# 105] (the "Jan. 22nd Order"), directed BSI to file a response to the Claim Objection by February 5, 2019, and to appear through counsel at a hearing on February 12, 2019 to consider confirmation of the Plan and the Claim Objection.

The Jan. 22nd Order was served on BSI, but BSI failed to file a response and failed to appear at the February 12th hearing.  The Jan. 22nd Order provided that if BSI failed to respond and appear, the Court would consider entry of an Order sustaining the Claim Objection and an Order confirming the Plan.  The Court now finds that relief to be appropriate and, it is –

**ORDERED** as follows:

1.   The Claim Objection is sustained and Claim #2 is allowed in the amount of $46,571.90.

2.   The Objection to Confirmation of Fifth Amended Plan [DE# 71], filed by Ditech on August 3, 2018 is overruled as moot. Ditech is no longer the servicer and the Debtor amended the Plan after the filing of the objection.  As noted, the new servicer, BSI, did not file an objection to the 9th Amended Plan, did not file a response to the Claim Objection, and did not appear at the February 12th hearing.

3.   The 9th Amended Plan [DE# 102] conforms to the Ditech/BSI claim as reduced and allowed by this Order and the Trustee has no objection to confirmation if the Plan conforms to the claim as allowed.  Therefore, by separate Order, the Court is confirming the 9th Amended Plan.

4.   This Order also confirms that the Plan provides for payment of the mortgage in full despite the fact that the Debtor listed the $46,571.90 payment as an arrearage amount.

###

COPIES TO:

Nancy K. Neidich, Esq.

**CLERK TO SERVE PARTIES BELOW:**

Marta Victores
60 N.W. 25th Avenue
Miami, Florida  33125

Chase A. Berger, Esq.
3050 Biscayne Blvd.
Suite 302
Miami, FL  33137

```
BSI Financial Services, Inc.
314 S. Franklin Street – Second Floor
P.O. Box 517
Titusville, PA   16354

(Account Number:   1461905816)

W. Bruce Woodard
Registered Agent for BSI Financial
Services, Inc.
510 Savona Court
Altamonte Springs, FL   32701

BSI Financial Services, Inc.
7505 Irvine Center Drive – Suite 200
Irvine, CA   92618

Ditech Financial LLC, f/k/a
Green Tree Servicing, LLC
P.O. Box 6154
Rapid City, S.D.   57709-6154
```