**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

                                      Case No.: 1:17-bk-19004-RAM
                                                        Chapter 13

**MARTA VICTORES,**

    Debtor.

_____/

**MOTION FOR RECONSIDERATION OF ORDER**
**(1) SUSTAINING DEBTOR'S OBJECTION TO CLAIM AND**
**(2) OVERRULING OBJECTION TO CHAPTER 13 PLAN [D.E. 112]**

**BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR U.S. BANK TRUST, N.A., AS TRUSTEE OF THE CABANA SERIES III TRUST** ("BSI Financial Services" or "Secured Creditor"), by and through its undersigned attorney, hereby files this Motion for Reconsideration of the Order (1) Sustaining Debtor's Objection to Claim and (2) Overruling Objection to Chapter 13 Plan (the "Motion for Reconsideration") and in support thereof states as follows:

1. On July 18, 2017, the debtor, Marta Victores (the "Debtor") filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code [D.E. 1].

2. On August 1, 2017, the Debtor filed its proposed Chapter 13 Plan (the "Plan").

3. On August 2, 2017, the Court issued the Notice of Chapter 13 Bankruptcy Case [D.E. 16] (the "Notice of Commencement"). Pursuant to the Notice of Commencement, the deadline to file proof of claims was December 14, 2017.

4. On November 13, 2017, then secured creditor Ditech Financial, LLC timely filed a secured proof of claim in the total amount of $95,000.83 with arrearages in the amount of

$86,286.83 [Claim 2-1] (the "Claim) as to the real property commonly described as *60 N.W. 25th Avenue, Miami, FL 33125* (the "Property").

5. On November 2, 2018, the Debtor filed the Objection to Creditor's Proof of Claim [D.E. 90] (the "Claim Objection"). Pursuant to the Claim Objection, the Debtor incorrectly cites that Secured Creditor's Claim was late filed, as well as, alleges that the prior servicer Ditech Financial LLC refuse to accept the proposed chapter 13 plan and that the Debtor seeks to either convert this case to a Chapter 11 or seek (MMM) Mortgage Modification Mediation.

6. On December 11, 2018, the Debtor filed a Notice of Servicing Transfer [D.E. 96] (the "Service Transfer") which reflects that the mortgage loan subject of the Claim was service transferred from Ditech Financial LLC to BSI Financial Services. Pursuant to the Service Transfer, the effective date of the transfer was September 19, 2018.

7. On February 20, 2019, the Court entered the Order (1) Sustaining Debtor's Objection to Claim and (2) Overruling Objection to Chapter 13 Plan [D.E. 112] (the "Order"). Pursuant to the Order, Secured Creditors Claim was allowed as a secured claim but reduced to the total amount of $46,571.90 (the "Reduced Claim Amount").

8. Secured Creditor acknowledges that the Reduced Claim Amount was derived from a billing statement issued by Ditech Financial LLC and dated June 1, 2016 (the "Billing Statement"). However, Secured Creditor asserts that the Billing Statement only reflects the total arrearages due and owing as of the date of issuance of said Billing Statement and does not accurately reflect the actual claim amount.

9. Secured Creditor asserts that, as of the date of filing of this Motion for Reconsideration, the Debtor still has not filed a Motion for Referral to Mortgage Modification Mediation despite having asserted her intent to seek loan modification in the Claim Objection.

*Case No.: 1:17-bk-19004-RAM*

- 3 -

10. Secured Creditor acknowledges that it failed to timely respond to the Claim Objection as well as to appear before the Court at the previously scheduled hearing on the Claim Objection and asserts that its failure to respond and appear were due to a gross mishandling of its interest in this matter by prior counsel.

11. Secured Creditor has now retained undersigned counsel and is now seeking reconsideration of the Order so as to properly defend its secured interest in the Property and to more accurately value its Claim and asserts that it is unduly prejudiced as a result of the reduction of its Claim.

**WHEREFORE**, BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR U.S. BANK TRUST, N.A., AS TRUSTEE OF THE CABANA SERIES III TRUST, respectfully requests that this Honorable Court set a hearing on the Motion for Reconsideration, and for any such other relief that the Court deems just and proper.

**Dated this 25th day of July, 2019.**

Respectfully submitted,

**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
3050 Biscayne Blvd. - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By:   /s/ Chase A. Berger
      Chase A. Berger, Esq.
      Florida Bar No. 083794
      cberger@ghidottiberger.com

*Case No.: 1:17-bk-19004-RAM*

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4 (B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Pro Se Debtor*
**Marta Victores**
60 N.W. 25th Avenue
Miami, FL 33125

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130

By: /s/ Chase A. Berger
Chase A. Berger, Esq.